UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY J. BRODZKI,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS-METRO,<br><br>            Defendant(s). | 2:11-CV-02075-PMP-PAL<br><br>**ORDER** |

Having reviewed *de novo* the Report and Recommendation (Doc. #2) of the Honorable Peggy A. Leen, United States Magistrate Judge, and the Objections thereto (Doc. #4) filed by Plaintiff, and good cause appearing,

The Court finds Plaintiff's Objections should be overruled and the Recommendation of the Magistrate Judge should be **AFFIRMED**.

**IT IS SO ORDERED** and Plaintiff's Complaint (Doc. #3) is **DISMISSED** with prejudice.

DATED: February 9, 2012.

PHILIP M. PRO
United States District Judge