UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY J. BRODZKI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF LAS VEGAS-METRO, )<br>)<br>Defendant(s). )<br> | 2:11-CV-02075-PMP-PAL<br><br>**<u>ORDER</u>** |

Having reviewed *de novo* the Report and Recommendation (Doc. #2) of the Honorable Peggy A. Leen, United States Magistrate Judge, and the Objections thereto (Doc. #4) filed by Plaintiff, and good cause appearing,

The Court finds Plaintiff's Objections should be overruled and the Recommendation of the Magistrate Judge should be **AFFIRMED**.

**IT IS SO ORDERED** and Plaintiff's Complaint (Doc. #3) is **DISMISSED** with prejudice.

DATED: February 9, 2012.

_____
PHILIP M. PRO
United States District Judge